IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RONALD A. WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.  05 - 1203 |
| | ) | |
| v. | ) | District Judge Arthur J. Schwab |
| | ) | |
| SHARON SEBEK, Assistant Librarian; ED RENDELL, Governor of Pennsylvania; DANIEL P. BURNS; BEN E. ANSELL; LT. W. LEGGETT; I. TURCO, Correction Officers; CAPTAIN GRAINEY, Restricted Housing Unit Captain; PRISON HEALTH SERVICES, INC.; AMERICA SERVICE GROUP, INC.; CATHERINE MCVEY, Bureau of health Services, Inc.; MORRIS HARPER, M.D.; STANLEY FALOR, M.D.; FRED R. MAUE, M.D.; MICHAEL CATALANO, Chairman of Prison Health Services, Inc., Chairman, President and CEO of America Services Group; JEFFREY BEARD, Secretary of the Department of Corrections; STATE CORRECTIONAL INSTITUTE AT GREENE-PROGRAM REVIEW COMMITTEE MEMBERS; THOMAS JACKSON, Deputy Superintendent; JOHN DOE I & II; individually and in their official capacities, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | | |

## **ORDER**

The above captioned case was initiated on August 26, 2005 by the filing of a Motion to Proceed In Forma Pauperis (doc. no. 1) accompanied by a Complaint.  It was referred to United States Magistrate Judge Lisa Pupo Lenihan for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules

for Magistrate Judges.

The Magistrate Judge's Report and Recommendation (doc. no. 53), filed on February 21, 2007, recommended that the Motion to Dismiss and Motion to Strike Plaintiff's Amended Complaint filed by Defendants Falor, Harper, Prison Health Services, Inc., America Service Group, Inc., and Catalano (doc. no. 35) be denied.  All parties were served and advised they were allowed ten (10) days from the date of service to file written objections to the Report and Recommendation.  No objections have been filed.   After review of the pleadings and documents in the case, together with the Report and Recommendation, the following order is entered:

**AND NOW**, this 14th day of March, 2007;

**IT IS HEREBY ORDERED** that the Motion to Dismiss and Motion to Strike Plaintiff's Amended Complaint filed by Defendants Falor, Harper, Prison Health Services, Inc., America Service Group, Inc., and Catalano (doc. no. 35) is **DENIED**.

**IT IS FURTHER ORDERED** that the Report and Recommendation (doc. no. 53) of Magistrate Judge Lenihan, dated February 21, 2007, is adopted as the Opinion of the Court.

By the Court:

s/Arthur J. Schwab
Arthur J. Schwab
United States District Judge

cc: Lisa Pupo Lenihan
United States Magistrate Judge

Ronald A. Williams,  AP-8467
SCI Greene
175 Progress Drive
Waynesburg, PA  15370

Counsel of Record