IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD A. WILLIAMS,<br><br>Plaintiff,<br><br>v.<br><br>SHARON SEBEK, Assistant Librarian; ED RENDELL, Governor of Pennsylvania; DANIEL P. BURNS; BEN E. ANSELL; LT. W. LEGGETT; I. TURCO, Correction Officers; CAPTAIN GRAINEY, Restricted Housing Unit Captain; PRISON HEALTH SERVICES, INC.; AMERICA SERVICE GROUP, INC.; CATHERINE MCVEY, Bureau of health Services, Inc.; MORRIS HARPER, M.D.; STANLEY FALOR, M.D.; FRED R. MAUE, M.D.; MICHAEL CATALANO, Chairman of Prison Health Services, Inc., Chairman, President and CEO of America Services Group; JEFFREY BEARD, Secretary of the Department of Corrections; STATE CORRECTIONAL INSTITUTE AT GREENE-PROGRAM REVIEW COMMITTEE MEMBERS; THOMAS JACKSON, Deputy Superintendent; JOHN DOE I & II; individually and in their official capacities,<br><br>Defendants. | Civil Action No. 05 - 1203<br><br>District Judge Arthur J. Schwab<br>Magistrate Judge Lisa Pupo Lenihan |

## MEMORANDUM ORDER

The above captioned case was initiated by the filing of a Motion to Proceed *In Forma Pauperis* (doc. no. 1) on August 26, 2005, and was referred to United States Magistrate Judge Lisa Pupo Lenihan in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrate Judges.

Magistrate Judge Lisa Pupo Lenihan filed a Report and Recommendation on February

1

19, 2008 (doc. no. 106), recommending that the Motion for Summary Judgment filed by the Commonwealth Defendants (doc. no. 82) be granted and that the Motion for Summary Judgment filed by the Medical Defendants (doc. no. 87) be granted. Plaintiff filed Objections to the Report and Recommendation on March 26, 2008 (doc. no. 108). Plaintiff's objections do not undermine the recommendation of the Magistrate Judge.

After *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation, and the Objections thereto, the following order is entered:

AND NOW, this 31st day of March, 2008;

**IT IS HEREBY ORDERED** that the Motion for Summary Judgment filed by the Commonwealth Defendants: I. Turco, Jeffrey Beard, Ben E. Ansell, Fred R. Maue, Daniel P. Burns, Grainey, Ed Rendell, Catherine Mcvey, Lt. W. Leggett, State Correctional Institute at Greene-Program Review Committee Members, Sharon Sebek, and Thomas Jackson (doc. no. 82) is **GRANTED** and the Motion for Summary Judgment filed by the Medical Defendants: America Service Group, Inc., Stanley Falor, Morris Harper, Michael Catalano, and Prison Health Services, Inc. (doc. no. 87) is **GRANTED.**

**IT IS FURTHER ORDERED** that the Report and Recommendation (doc. no. 106) of Magistrate Judge Lenihan dated February 19, 2008, is adopted as the Opinion of the Court.

By the Court:

Arthur J. Schwab
United States District Judge

cc: Lisa Pupo Lenihan
United States Magistrate Judge

Ronald A. Williams
AP-8467
SCI Greene
175 Progress Drive
Waynesburg, PA 15370